# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### CASE MANAGEMENT MINUTES

| **Date:** January 16, 2024 | **Time:** (1:36 - 2:05) 29 Minutes | **Judge: Kandis A. Westmore** |
|---|---|---|
| **Case No.:** 22-cv-06474-KAW | **Case Name:** Yesue v. City of Sebastopol | |

**For Plaintiff(s):** William Freeman, Jeffery Hoffman, Thomas Zito, Justin O. Milligan
**For Defendant(s):** Ed Grutzmacher

**Deputy Clerk:** Jenny Galang                    **Recorded via Zoom:** 1:36 – 2:05

## PROCEEDINGS

Further Case Management Conference - held.

Parties have agreed to move the 7-day bench trial date to February 3, 2025.  The parties have one discovery dispute pending in regard to interrogatories.  If not resolved, the parties are directed to file a joint letter.

The court set the following deadlines:

Meet and confer date currently set for July 26, 2024, is now due by: **December 10, 2024**.
Joint pretrial statement and motions in limine due by:  **December 20, 2024**.
Oppositions and replies (any objections to evidence) due by:  **January 10, 2025**.
Pre-trial conference **January 22, 2025, at 2:00 PM**.
Parties to submit a joint statement of claims and offenses, proposed findings of fact, conclusion of law, joint statement of stipulated facts due **January 27, 2025**.
Bench trial to begin **February 3, 2025, at 9:30 AM**.

**CASE CONTINUED TO:  Tuesday, April 16, 2024, at 1:30 P.M. for Further Case Management Conference hearing.  Joint case management statement is due by April 9, 2024.**